United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MARLON DERRRILL BROOKS, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00019 |
| | § | |
| CUERO POLICE DEPARTMENT, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS

Before the Court are Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"), (D.E. 16), and Supplemental M&R, (D.E. 23). Together, the M&Rs recommend that the Court:

(1) retain Plaintiff's Fourth Amendment claim regarding the unlawful seizure of a cell phone; and

(2) dismiss with prejudice Plaintiff's Fourth Amendment claim against Chief Ellis for false arrest; and

(3) dismiss with prejudice as frivolous and/or for failure to state a claim all of Plaintiff's remaining claims.

(D.E. 16, p. 15; D.E. 23, p. 7).

Plaintiff filed written objections to the original M&R. (D.E. 18). However, Plaintiff's objections appear to be untimely.[1] When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.). The

---

[1] The original M&R was issued April 6, 2023, and mailed to Plaintiff the same day. *See* (D.E. 16, p. 15–16). The M&R provided notice that objections must be filed within fourteen days after service of the M&R. *Id.* at 16. Nonetheless, Plaintiff did not file his objections until May 9, 2023, and provided no explanation for filing the objections untimely. *See* (D.E. 18).

Court has also reviewed Plaintiff's objections and finds Plaintiff does not raise any issues "requiring amendment, modification, or rejection of any part of the [M&Rs]." *Cooper v. Thaler*, 2:12-CV-00174, 2013 WL 1103874, at *1 (S.D. Tex. Mar. 18, 2013) (Ramos, J.) (adopting M&R over untimely objections).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R and the Supplemental M&R are not clearly erroneous or contrary to law, the Court **ADOPTS** the original M&R and the Supplemental M&R in their entireties. (D.E. 16; D.E. 23).

Accordingly:

(1) Plaintiff's Fourth Amendment claim regarding the unlawful seizure of a cell phone is **RETAINED**;

(2) Plaintiff's Fourth Amendment claim against Chief Ellis for false arrest is **DISMISSED with prejudice** as frivolous until such time as Plaintiff satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).

(3) All of Plaintiff's remaining claims are **DISMISSED with prejudice.**

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
January 3rd, 2024